IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RYAN SLATEN,             )<br>　　Plaintiff,             )<br>                              )<br>v.                            )<br>                              )<br>ANDREW M. SAUL,        )<br>*Commissioner of Social Security*, )<br>　　Defendant.           ) | CIVIL ACTION NO. 1:20-00253-N |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Ryan Slaten, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Slaten's application for Social Security benefits.

**DONE** this the 17th day of June 2021.

　　　　　　　　　　　　　　　　　　*/s/ Katherine P. Nelson*
　　　　　　　　　　　　　　　　　　**KATHERINE P. NELSON**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**